FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAY 31 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:16CR00035 HEA (JMB) |
| ) | |
| JESSE MICHAEL KELLEY, ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INFORMATION

### COUNT I

The United States Attorney charges that:

On or about January 31, 2015, in the County of St. Louis, Missouri, within the Eastern District of Missouri, the defendant,

**JESSE MICHAEL KELLEY,**

did knowingly and intentionally steal an explosive material, to wit: Sarnacol 2170 (a glue (adhesive)), which had previously traveled in interstate commerce,

In violation of, and punishable under, Title 18, United States Code, Section 844(k).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

DEAN R. HOAG, #23843MO
Assistant United States Attorney
111 South 10th St., 20th Floor
St. Louis, MO 63102
(314) 539-6895